F. CHRISTOPHER AUSTIN
Nevada Bar No. 6559
WEIDE & MILLER, LTD.
10655 Park Run Drive, Suite 100
Las Vegas, NV 89144
Telephone: (702) 382-4804
Facsimile: (702) 382-4805
Email: caustin@weidemiller.com

*Attorneys for Plaintiff*
*L.A. Gem & Jewelry Design, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| L.A. GEM & JEWELRY DESIGN, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ECOMMERCE INNOVATIONS, LLC., a Nevada Limited Liability Company, dba INSPIRED SILVER; EDOFRERTAIL, INC., a Delaware corporation; DAVID STRAGER, an individual and DOES 1-10.<br><br>Defendants. | Case No.: 2:17-cv-01250-APG-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, L.A. GEM & JEWELRY DESIGN, and Defendants, ECOMMERCE INNOVATIONS, LLC, ENDOFRETAIL, INC. and DAVID STRAGER, hereby stipulate and agree as follows:

1. This matter is hereby dismissed in its entirety, with prejudice (subject to an agreement between the parties, which in the event of any conflict, shall be controlling);

2. Each party shall bear their own attorney fees, costs and expenses.

**IT IS SO ORDERED.**

Dated: May 8, 2018.

_____
UNITED STATES DISTRICT JUDGE

FCA-W-0690                              1

IT IS SO STIPULATED

Dated this _7_ day of _May_, 2018.

| GORDON REES SCULLY MANSUKHANI, LLP | WEIDE & MILLER. LTD. |
|---|---|
| BY: _/S/ Craig J. Mariam_<br>CRAIG J. MARIAM<br>Nevada Bar No. 10926<br>300 So. Fourth St., #1550<br>Las Vegas, Nevada 89101 | BY: _/S/ F. Christopher Austin_<br>F. CHRISTOPHER AUSTIN<br>Nevada Bar No. 6559<br>10655 Park Run Drive, #100<br>Las Vegas, Nevada 89144 |
| *Attorney for Defendants Ecommerce Innovations, LLC d/b/a Inspired Silver; Endofretail, Inc. and David Strager* | *Attorney for Plaintiff, L.A. Gem & Jewelry Design, Inc.* |

**IT IS SO ORDERED:**

_____
**United States District Judge**

**DATED:** _____

FCA-W-0690

2